

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00410-CV

IN RE BOBBIE DEWAYNE GRUBBS, RELATOR

ORIGINAL PROCEEDING

December 13, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator Bobbie DeWayne Grubbs, a Texas prison inmate appearing *pro se,* filed a petition for writ of mandamus requesting that this court order the Honorable John B. Board, Judge of the 181st District Court of Potter County, to respond to relator's motions and notices filed in the trial court. However, Grubbs did not accompany his petition with the required filing fee or proof of indigence and the materials required by Chapter 14 of the Texas Civil Practice and Remedies Code.

By letter of November 19, 2018, we directed Grubbs to pay the filing fee or file an affidavit of indigence, and if indigent, to comply with Chapter 14 by filing an affidavit describing his previous filings and a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.002 (West 2017) (stating that Chapter 14

applies to original proceedings brought by an inmate in an appellate court); 14.004 (West 2017). The letter further notified Grubbs that the proceeding would be subject to dismissal without further notice, should he fail to comply by November 29. TEX. R. APP. P. 42.3(c). To date, Grubbs has neither paid the filing fee nor submitted the materials necessary to proceed under Chapter 14.

Accordingly, Grubbs' petition for writ of mandamus is dismissed for failure to comply with a requirement of the appellate rules and an order of this court. TEX. R. APP. P. 42.3(c).

James T. Campbell
Justice